UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OPAL A. HINES, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DAIMLERCHRYSLER CORPORATION, )<br>    Defendant. ) | 1:04-cv-999-RLY-TAB |

**ORDER DENYING MOTION FOR SANCTIONS**

Before the court is Plaintiff's Motion for Sanctions for Defendant's Failure to File Pretrial Submissions Pursuant to the Case Management Plan. The court, having read and reviewed the parties' submissions, as well as the applicable law, now finds that Defendant's conduct, while frustrating and lacking in the degree of professionalism desired by the court, was not willful, intentional or in bad faith, nor was Plaintiff materially prejudiced by the same. The court therefore finds that Plaintiff's motion should be **DENIED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Sanctions for Defendant's Failure to File Pretrial Submissions Pursuant to the Case Management Plan is **DENIED**.

**SO ORDERED** this  6th   day of January 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Steven T. Fulk
FULK & ALLAIN
stfulk@fulk-allain.com

Robert Anthony Prather
BARNES & THORNBURG LLP
tony.prather@btlaw.com

Shannon Marie Shaw
BARNES & THORNBURG LLP
shannon.shaw@btlaw.com