UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OPAL A. HINES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-999-RLY-TAB |
| | ) | |
| DAIMLERCHRYSLER CORP., | ) | |
| Defendant. | ) | |

**ENTRY FOR FEBRUARY 1, 2006**

**RICHARD L. YOUNG, JUDGE**

Parties appear for the final pre-trial conference. Plaintiff, Opal A. Hines, appears by Steven T. Fulk; Defendant, DaimlerChrysler Corp., appears by R. Anthony Prather and Shannon M. Shaw. The court heard brief argument regarding a number of pending motions, and the court ruled on the same, memorialized below as follows:

1. Plaintiff's Motion in Limine.

   a. Plaintiff's motion in limine to exclude any finding, supposed finding, or inability to make a finding by the EEOC is **GRANTED**;

   b. Plaintiff's motion in limine to exclude any evidence of the court's dismissal with prejudice of the Plaintiff's complaint of sex discrimination is **GRANTED**.

2. Defendant's Motion in Limine

   a. Defendant's motion in limine to exclude evidence of Plaintiff's claim of sex discrimination is **GRANTED**;

   b. Defendant's motion in limine to exclude evidence and argument

1

     concerning punitive damages is **UNDER ADVISEMENT**;

  c. Defendant's motion in limine to exclude evidence or testimony from expert witnesses who may be called by Plaintiff is **GRANTED**;

  d. Defendant's motion in limine to exclude any testimony, exhibits, or references to Defendant's EEOC position statements is **GRANTED**;

  e. Defendant's motion in limine to exclude Defendant's financial information (for purposes of Plaintiff's punitive damages claim) is **UNDER ADVISEMENT**;

  f. Defendant's motion in limine to exclude evidence relating to the size of the law firm representing Defendant is **GRANTED**.

3. Defendant's Motion to Bifurcate Damages from Liability is **GRANTED** in part and **DENIED** in part. Defendant's motion is **GRANTED** with respect to any equitable damages Plaintiff may seek, and **DENIED** with respect to compensatory damages.

4. Defendant's Motion for Separation of Witnesses is **GRANTED**.

5. Plaintiff's Objection to Defendant's List of Witnesses Expected to Testify at Trial.

  Plaintiff's objection to DaimlerChrysler representative, Cindy Pronger, named as a witness is **OVERRULED**.

6. Defendant's objection to Plaintiff's exhibits 8, 9, 10, 11, and 12 is **DENIED as MOOT**, as the court granted Plaintiff leave to supplement her witness list to include Matt Ryan.

7. Defendant's objection to Plaintiff's exhibits 13 and 14 is **SUSTAINED**. Plaintiff and Defendant will agree to the necessary redactions within the next week.

  In other matters, the court discussed its voir dire process, and ordered the parties to file a joint Statement of the Case by Friday, February 24, 2006. The trial is expected to last three days.

Electronic Copies to:

Steven T. Fulk
FULK & ALLAIN
stfulk@fulk-allain.com

Robert Anthony Prather
BARNES & THORNBURG LLP
tony.prather@btlaw.com

Shannon Marie Shaw
BARNES & THORNBURG LLP
shannon.shaw@btlaw.com